# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | September 27, 2016 | Chris Wolpert<br>Chief Deputy Clerk |

Ms. Katherine Ferlic
Egolf Ferlic & Harwood
123 West San Francisco Street, Suite 200
Santa Fe, NM 87501

**RE:**   16-2202, 16-2189, NM Game & Fish Dept. v. DOI, et al
         Dist/Ag docket: 1:16-CV-00462-WJ-KBM

Dear Counsel:

The amicus brief you have submitted with the court is deficient because:

There is no certificate of service.

The brief is missing a proper electronic signature at the end of the brief.  See 10th Cir. R. 46.5(C) and the 10th Circuit CM/ECF User's Manual at Section II H (page 11).

The motion for leave to submit should be filed as a separate document with the proposed brief as an attachment.

You may correct the stated deficiencies by one of the following methods:

1. Filing a corrected brief with the clerk (filing constitutes submitting a corrected brief via the court's Electronic Case Filing system [ECF] and providing the clerk with seven hardcopies of the corrected brief).
2. Filing a corrected brief via ECF and making arrangements with the clerk's office to have the deficient hardcopies of the brief picked up and returned at the party's expense so that it can be corrected and returned to the clerk. The court will not pay postage or other costs.

Corrections, however made, must be accompanied by proof of service on all other parties to the appeal.

If you fail to correct the stated deficiencies within 10 days of the date of this letter, the deficient brief will not be filed.

Please contact this office if you have questions.

                                          Sincerely,

                                          Elisabeth A. Shumaker
                                          Clerk of the Court

cc:       McCrystie Adams
           Judith Bella Calman
           Karen Grohman
           Rachel Heron
           Bridget Kennedy McNeil
           Benjamin Zachary Rubin
           Matthias L. Sayer
           Andrew A Smith
           Clifford E. Stevens
           James Jay Tutchton
           Paul S. Weiland

EAS/dd