No. 16-2202 (consolidated with 16-2089)
ORAL ARGUMENT REQUESTED

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

NEW MEXICO DEPARTMENT OF GAME AND FISH,
*Plaintiff-Appellee,*
v.
U.S. DEPARTMENT OF THE INTERIOR, et al.,
*Defendants-Appellants,*

And

DEFENDERS OF WILDLIFE, et al.,
*Intervenor-Defendants-Appellants*.

---------------------------------------------------
ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
CASE NO. 1:16-CV-00462-WJ-KBM (HON. WILLIAM P. JOHNSON)
---------------------------------------------------

**FOUNDATION TO PROTECT NEW MEXICO WILDLIFE'S CORRECTED MOTION FOR LEAVE TO SUBMIT AMICUS CURIAE BRIEF**

And

**CORRECTED AMICUS CURIAE BRIEF OF FOUNDATION TO PROTECT NEW MEXICO WILDLIFE IN SUPPORT OF DEPARTMENT OF INTERIOR**

**SUPPORTING REVERSAL OF THE DISTRICT COURT'S DECISION**

**Respectfully Submitted By**

Egolf + Ferlic + Harwood
Kate Ferlic
Kristina Caffrey
123 W. San Francisco St., Second Floor
Santa Fe, New Mexico 87501
(505) 986-9641

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| NEW MEXICO DEPARTMENT OF GAME AND FISH,<br>    Petitioner - Appellee,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br>    Respondents,<br>and<br><br>DEFENDERS OF WILDLIFE, et al.,<br>    Defendant Intervenors - Appellants. | No. 16-2189<br>(D.C. No. 1:16-CV-00462-WJ-KBM)<br>(D. N.M.) |
| NEW MEXICO DEPARTMENT OF GAME AND FISH,<br>    Petitioner - Appellee,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br>    Respondents - Appellants,<br>and<br><br>DEFENDERS OF WILDLIFE, et al.,<br>    Intervenors Respondents | No. 16-2202<br>(D.C. No. 1:16-CV-00462-WJ-KBM)<br>(D. N.M.) |

**FOUNDATION TO PROTECT NEW MEXICO WILDLIFE'S CORRECTED MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Respectfully submitted:

By: /s/ *Kristina Caffrey* FOR
Kate Ferlic
Kristina Caffrey
Egolf + Ferlic + Harwood, LLC
123 W. San Francisco St., Second Floor
Santa Fe, New Mexico 87501
(505) 986-9641

**FOUNDATION TO PROTECT NEW MEXICO WILDLIFE'S CORRECTED MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Pursuant to Fed. R. App. P. Rule 29, the Foundation to Protect New Mexico Wildlife respectfully requests the Court grant leave to submit an *amicus curiae* brief. The brief itself accompanies this motion. Appellant United States Department of the Interior does not oppose this motion. Appellant Defenders of Wildlife does not oppose this motion. Amicus Curiae sought the position of Appellee New Mexico Department of Game and Fish does not oppose this motion.

**I. The Foundation's Interest** The Foundation to Protect New Mexico Wildlife is a 501(c)(3) charity organization dedicated to protecting and preserving animal life in New Mexico. The Foundation is fairly new; in fact, it was only formed in 2013. The Foundation's founders and members saw a need for an organization particularly focused on New Mexico wildlife issues. Plenty of national or regional organizations do admirable work already, including Defenders of Wildlife, but the Foundation sought to create a more localized investment.

The Foundation's work includes legal action, policy development, advocacy, and fundraising. It is headquartered in Santa Fe, but it seeks to become involved all over the state. Its past work has included advocacy related to wild horses and burros and proposed horse slaughtering operations.

The Foundation's mission includes ensuring the health of wildlife, sustainable populations of wildlife, and the dignity of wildlife. The Foundation believes that wildlife is intrinsically and inherently valuable to the people of New Mexico, but the Foundation also believes a flourishing ecosystem can be valuable to the people of New Mexico in other ways, including by increasing tourism, balancing the effects of agriculture, and attracting scientists and observers.

The Foundation continues the legacy of New Mexico's involvement in environmental preservation and conservation. The Gila Wilderness in western New Mexico became the world's first dedicated wilderness area in 1924. Smokey the Bear, the beloved symbol of the U.S. Forest Service, was rescued from a wildfire in the mountains of southeastern New Mexico. With any luck, New Mexico's reintroduced Mexican wolves will become as iconic as Smokey.

The Foundation considers the Mexican wolf one of the cornerstones of the New Mexico ecosystem. Because the wolf is an apex predator, the health of wolf populations is a signal of the overall health of the ecosystem. And as our environment becomes more and more threatened by climate change, wolves can help humans learn how to more effectively manage forests and open spaces. Wolves also improve the health of ungulate populations by preying on weaker members of ungulate herds.

The wolf is also important culturally. In many of the cultures of New Mexico's Native American tribes and Pueblos, wolves play central roles in mythology and lore. Under its Spanish name "lobo," the Mexican wolf serves as the mascot for the state's flagship public university. The Foundation simply cannot accept that the University of New Mexico's mascot may go extinct because of procedural roadblocks in the reintroduction program, or that one of the great symbols of Native culture should entirely disappear from America.

**II. The Amicus Brief is Desirable to Inform the Court of Localized Concerns**

In this appeal, the Court will hear from the U.S. Department of Interior, a national organization which supports the wolf reintroduction program. It will hear from Defenders of Wildlife, a national organization which supports wolf reintroduction. It will hear from the New Mexico Department of Game and Fish, a local organization which opposes reintroduction.

What is missing is the perspective of a local organization which supports wolf reintroduction. The Department of Interior and Defenders of Wildlife have national platforms within which the wolf program fits. While these national platforms are useful and important, the Court would benefit from the knowledge and perspective of a local, New Mexico organization.

Particularly, the Foundation's founders and members have lived in New Mexico for many years, and they recognize the subtle and overt shifts in politics within the state. To put it plainly, the Foundation knows how the game gets played in New Mexico, in ways that a nationally-present organization like Interior or Defenders of Wildlife may not. The Foundation also knows the local history better than a national organization does.

That history plays a very large role in this case. When this Court reads the Foundation's amicus curiae brief, it will realize how much this controversy is rooted in the particular needs and desires and customs of New Mexico. It is a matter of local concern and implicates local feelings, local history, and local politics. That is what the Foundation understands, and that is how the Foundation can help this Court better understand the case.

Particularly, the Foundation's brief focuses on two changes by the New Mexico Department of Game and Fish which have greatly impacted the wolf program. The Foundation focused on these issues because they are actions of state government. The Foundation knows and appreciates the actions of the state government perhaps better than Appellants, because the Foundation's members have been steeped in that state government for many years. The Foundation can spot those issues and explain their significance more than, say, the huge bureaucracy of the Department of Interior can.

As the Court will learn, the contours of the wolf reintroduction program were cut specifically to fit New Mexico's figure. Likewise, the Department of Game and Fish's tactics to

3

obstruct wolf reintroduction have been specifically molded to respond to the situation on the ground in New Mexico. The Foundation has recognized this and has explained this for the Court's benefit in its amicus brief.

The Foundation's amicus brief offers the Court specific insights which the Court may not receive from the parties' briefing. These insights will assist the Court in understanding the nuances of what is an ongoing, locally controversial issue.

**III. Conclusion** The Foundation respectfully requests leave to file its amicus curiae brief in support a wildlife species which is biologically and culturally crucial to New Mexico's past and New Mexico's future.

WHEREFORE, the Foundation to Protect New Mexico Wildlife respectfully requests the Court grant leave to file an amicus curiae brief.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2016, I electronically filed the foregoing corrected motion with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Kate Ferlic

KATE FERLIC
Egolf Ferlic Harwood
123 West San Francisco St., Second Floor
Santa Fe, NM 87501
(505) 986-9641
kate@egolflaw.com