UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
------------------------------------
Nos. 16-CV-2189 and 16-CV-2202
------------------------------------

NEW MEXICO DEPARTMENT OF GAME AND FISH

Plaintiff - Appellee,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,
Defendants - Appellants, and

DEFENDERS OF WILDLIFE, et al.,
Intervenor - Defendants - Appellants

------------------------------------

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

Civil Action No. 16-CV-00462

Honorable William P. Johnson
------------------------------------
**MOTION FOR LEAVE TO FILE
BRIEF OF AMICUS CURIAE
New Mexico Farm and Livestock Bureau**

**Supporting the Position of Plaintiff - Appellee
New Mexico Department of Game and Fish**

# INTRODUCTION

Pursuant to FED. R. APP. PROC. 27 and 29(a) and Tenth Circuit Rule 27.3, New Mexico Farm and Livestock Bureau ("NMFLB") requests leave to file the accompanying amicus curiae brief in support of the Plaintiff-Appellee, New Mexico Department of Game and Fish ("NMDGF"). The Parties have consented to the filing of this brief with the exception of Defendant-Appellant, which does not oppose the timely filing of this brief.

## I.     INTEREST AND IDENTIY OF *AMICUS CURIE*

NMFLB is a non-profit voluntary membership organization formed in 1917, representing over nineteen thousand farm and ranch families.  The organization is organized in thirty New Mexico counties and many of its members are directly engaged in agriculture. NMFLB's primary function is to promote and protect agricultural interests in the State of New Mexico. This entails representing the organization's members through legislative and regulatory means and, when necessary, in the court of law.  Whenever plausible, NMFLB attempts to promote the development of sound and lawful environmental regulations and regulatory policies that both minimize the impacts to its members and bring a balanced approach to the issues.

The members of NMFLB have a vested interest in the outcome of this case both legally and economically. NMFLB has spent valuable resources on behalf of

its members to address the Mexican Gray Wolf (MGW) issue, and the organization and its representatives have expended many hours providing comments in response to agency actions and attending meetings in order to explore a common sense approach to MGW and the recovery program.

Furthermore, NMFLB members have a substantial stake in the outcome of this action, since their operations and livelihoods will be impacted. The MGW impacts many of NMFLB's members that produce food and fiber in the MGW recovery area. A reversal of the District Court's Order will not only impact individual producers and their abilities to produce, it will also have a significant impact on the rural communities where these members live and work.

## II.   CONSENT OF THE PARTIES

The Plaintiff-Appellee has consented to NMFLB filing an *amicus curiae* brief; Defendants-Appellants does not object to NMFLB timely filing same. Intervenor-Defendants-Appellants Defenders of Wildlife, *et al.* consent to the filing.  NMFLB wishes to submit an *amicus curiae* brief in favor of the District Court's Order in 16-CV-00462.

## III.   REASONS IN FAVOR OF GRANTING NMFLB'S *AMICUS CURIAE* BRIEF

NMFLB aims to point out that the unpermitted reintroduction of nonessential experimental populations of wolves would disrupt and harm New Mexico's comprehensive state wildlife management efforts in ways that cannot be remedied by

monetary damages after the fact. For example, protection of public safety is integral to New Mexico's wildlife management criteria. This specifically includes protection of private landowners, leaseholders, and other New Mexicans from property damage, annoyances, or risks to the public safety caused by protected wildlife.

NMFLB will reference studies relative to the economic, psychological and social harm to its members as a result of unpermitted wolf releases. NMFLB will point out that non-immediate conjectural harm to an experimental wolf population should not outweigh the very real, immediate and irreparable harm to human beings and to New Mexico. Congress never intended to elevate species protection over the health and safety of humans.

## IV. CONCLUSION

WHEREFORE, for the foregoing reasons, New Mexico Farm and Livestock Bureau respectfully requests leave to file the accompanying *amicus curiae* brief.

Dated: November 3, 2016

/s/*Kent Holsinger*
Kent Holsinger

Holsinger Law, LLC
1800 Glenarm Place, Ste. 500
Denver, CO 80202
Telephone: (303) 722-2828
kholsinger@holsingerlaw.com

Attorney for *Amicus Curiae*
New Mexico Farm and Livestock Bureau

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that the foregoing MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE has been scanned for viruses and according to the program AVG Antivirus, updated November 3, 2016, is free of viruses. In addition, I certify all privacy redactions have been made in accordance with Tenth Cir. Rule 25.5.

Date: November 3, 2016

/s/*Kent Holsinger*
Kent Holsinger
HOLSINGER LAW, LLC
1800 Glenarm Place, Ste. 500
Denver, CO 80202
Telephone: (303) 722-2828
kholsinger@holsingerlaw.com

Attorney for *Amicus Curiae*
New Mexico Farm and Livestock Bureau

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2016, I electronically filed the foregoing MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE and the accompanying BRIEF OF AMICUS CURIAE with the Clerk of the Court for the U.S. Court of Appeals for the Tenth Circuit by using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Andrew A. Smith<br>U.S. Department of Justice<br>ENRD<br>c/o Office of the United States Attorney<br>P.O. Box 607<br>Albuquerque, NM 87103<br>Email: andrew.smith@usdoj.gov | Attorney for Defendants-Appellants |
| Bridget Kennedy McNeil<br>United States Department of Justice<br>Environment and Natural Resources Division<br>999 18th Street<br>South Terrace, Suite 370<br>Denver, CO 80202<br>Email: bridget.mcneil@usdoj.gov | Attorney for Defendants-Appellants |
| Karen Grohman<br>Office of the United States Attorney<br>District of New Mexico<br>P.O. Box 607<br>Albuquerque, NM 87103<br>Email: Karen.Grohman@usdoj.gov | Attorney for Defendants-Appellants |

| | |
|---|---|
| Clifford E. Stevens<br>United States Department of Justice<br>Environmental and Natural Resources Division<br>601 D Street, NW, Room 3607<br>Washington, DC 20004<br>Email: clifford.stevens@usdoj.gov | Attorney for Defendants-Appellants |
| Rachel Heron<br>United States Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 7415<br>L'Enfant Plaza Station<br>Washington, DC 20044<br>Email: rachel.heron@usdoj.gov | Attorney for Defendants-Appellants |
| Judith Bella Calman<br>New Mexico Wilderness Alliance<br>142 Truman Street, NE, Suite B-1<br>Albuquerque, NM 87108<br>Email: judy@nmwild.org | Intervenor - Defendants - Appellants |
| McCrystie Adams<br>Defenders of Wildlife<br>535 16th Street, Suite 310<br>Denver, CO 80202<br>Email: madams@defenders.org | Intervenor - Defendants - Appellants |
| James Jay Tutchton<br>WildEarth Guardians<br>6439 East Maplewood Avenue<br>Centennial, CO 80111<br>Email: jtutchton@defenders.org | Intervenor - Defendants - Appellants |

| | |
|---|---|
| Paul S. Weiland<br>Nossaman LLP<br>18101 Von Karman Avenue<br>Suite 1800<br>Irvine, CA 92612<br>Email: pweiland@nossaman.com | Attorney for Plaintiff-Appellee |
| Benjamin Zachary Rubin<br>Nossaman LLP<br>18101 Von Karman Avenue<br>Suite 1800<br>Irvine, CA 92612<br>Email: brubin@nossaman.com | Attorney for Plaintiff-Appellee |
| Ashley Remillard<br>Nossaman LLP<br>18101 Von Karman Avenue<br>Suite 1800<br>Irvine, CA 92612<br>Email: aremillard@nossaman.com | Attorney for Plaintiff-Appellee |
| Matthias L. Sayer<br>New Mexico Department of Game and Fish<br>One Wildlife Way<br>200 West 24th Street<br>Santa Fe, NM 87507<br>Email: matthiasl.sayer@state.nm.us | Attorney for Plaintiff-Appellee |
| Kristina Caffrey<br>Egolf Ferlic & Harwood<br>123 West San Francisco Street, Suite 200<br>Santa Fe, NM 87501<br>Email: kristina@egolflaw.com | Attorney for Amicus Curiae Foundation to Protect New Mexico Wildlife |

| | |
|---|---|
| Katherine Ferlic<br>Egolf Ferlic & Harwood<br>123 West San Francisco Street, Suite 200<br>Santa Fe, NM 87501<br>Email: kate@egolflaw.com | Attorney for Amicus Curiae Foundation to Protect New Mexico Wildlife |
| M. Reed Hopper<br>Pacific Legal Foundation<br>930 G Street<br>Sacramento, CA 95814<br>Email: mrh@pacificlegal.org | Attorney for Amici Curiae Pacific Legal Foundation and New Mexico Cattle Growers Association |
| Lisa Reynolds<br>Colorado Department of Law<br>Natural Resources and Environment Section<br>1300 Broadway<br>Denver, CO 80203<br>Email: lisa.reynolds@coag.gov | Attorney for Amicus Curiae State of Colorado |

I hereby further certify that on November 3, 2016, I effected service of the foregoing MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE and the accompanying BRIEF OF AMICUS CURIAE via electronic mail on the following participants whose ECF Filing Status is listed as *Not Registered* on the CM/ECF Service Method Report for this case (accessed November 2, 2016):

| | |
|---|---|
| Bridget Kennedy McNeil<br>United States Department of Justice<br>Environment and Natural Resources Division<br>999 18th Street<br>South Terrace, Suite 370<br>Denver, CO 80202 | Attorney for Defendants-Appellants |

Email: bridget.mcneil@usdoj.gov

| | |
|---|---|
| Clifford E. Stevens<br>United States Department of Justice<br>Environmental and Natural Resources Division<br>601 D Street, NW, Room 3607<br>Washington, DC 20004<br>Email: clifford.stevens@usdoj.gov | Attorney for Defendants-Appellants |

/s/*Kent Holsinger*
Kent Holsinger
HOLSINGER LAW, LLC
1800 Glenarm Place, Ste. 500
Denver, CO 80202
Telephone: (303) 722-2828
kholsinger@holsingerlaw.com


/s/ *Sarah Ostby*
Sarah Ostby, *Paralegal*